UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| ROBERT M. PRATT, <br><br> Plaintiff, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF JUSTICE SELECTIVE SERVICE ACT ENTITLED; FEDERAL AVIATION ADMINISTRATION; and GOVERNMENT TO PASSENGERS FLIGHT 232 SIOUX CITY IOWA, <br><br> Defendants. | 4:25-CV-04077-RAL <br><br><br> ORDER REQUIRING FULL APPELLATE FILING FEE OR MOTION TO PROCEED IN FORMA PAUPERIS ON APPEAL |

Plaintiff Robert M. Pratt, an inmate at Mike Durfee State Prison, filed a pro se civil rights lawsuit under 42 U.S.C. § 1983. Doc. 1. Pratt paid the full civil complaint filing fee, and this Court screened his complaint for dismissal under 28 U.S.C. § 1915A. Docs. 20, 21. Pratt has now filed a notice of appeal regarding this Court's screening order. Doc. 25. Along with his notice of appeal, Pratt detailed his efforts to withdraw $605 in order to pay the appellate filing fee. See Doc. 25-1. But at this time, this Court has not received the appellate filing fee from Pratt.

Under the Prison Litigation Reform Act (PLRA), a prisoner who "brings a civil action or files an appeal in forma pauperis . . . shall be required to pay the full amount of a filing fee." 28 U.S.C. § 1915(b)(1). "[T]he assessment of appellate filing fees occurs upon the filing of a notice of appeal . . . and fixes responsibility for payment sooner rather than later of the fees in full." Henderson v. Norris, 129 F.3d 481, 484 (8th Cir. 1997) (per curiam). "Irrespective of the court's approach to the merits of the appeal, the prisoner's liability for the full payment of the appellate

filing fees under the PLRA continues until full payment has been made which may be long after

. . . dispos[al] of the appeal." Id. Accordingly, it is

ORDERED that Pratt must pay the full $605 appellate filing fee. It is further

ORDERED that if Pratt seeks leave to pay the appellate filing fee in installments, he must move for leave to proceed in forma pauperis on appeal and submit a certified prisoner trust account report for the last six months on or before **May 13, 2026**. It is finally

ORDERED that the Clerk of Court shall send Pratt a blank Motion to Proceed Without Prepayment of Fees and Declaration, and a blank Prisoner Trust Account Report form.

DATED April 22nd, 2026.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE

2